"O"

FILED
CLERK, U.S. DISTRICT COURT

NOV 26 2018

CENTRAL DISTRICT OF CALIFORNIA
BY DV  DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SIEDEN TUTU CHOHOLLO-MOCHIWA,<br><br>  Defendant. | Case No. 8:18-cr-00227-JLS<br><br>ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. § 3143(a)] |

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of supervision; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

   *nature of current allegations including eleven (11) failures to appear for drug testing, multiple positive drug tests, lack of viable sureties, prior criminal history including probation violations*

and

B. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

*nature of current allegations including eleven (11) failures to appear for drug testing, multiple positive drug tests, lack of viable sureties, prior criminal history including probation violations*

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: November 26, 2018

JOHN D. EARLY
United States Magistrate Judge